DEE SHIPP v. THE STATE.

No. 8787.  Decided October 15, 1924.

No motion for rehearing filed.

Burglary—No Bills of Exception or Statement of Facts.

No bills of exceptions nor statement of facts appearing in record, cause is affirmed.

Appeal from the District Court of Bowie County.

Appeal from a conviction of burglary; penalty, five years confinement in the State penitentiary.

No brief for appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for burglary with punishment assessed at five years in the penitentiary.

No statement of facts nor bills of exception accompany the record. The indictment is regular and the charge of the court applicable to facts provable under the charge.

No question is presented to this court for review, and the judgment is affirmed.

*Affirmed.*